IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
Case No.: 1:22-cv-00600

| | |
|---|---|
| IHAB DERYAS, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **JOINT NOTICE OF AMENDED** |
| | ) **SETTLEMENT AGREEMENT** |
| BISCUITVILLE, INC., | ) |
| Defendant. | ) |

NOW COME Plaintiff Ihab Deryas ("Plaintiff") and Defendant Biscuitville, Inc. (the "Parties"), by and through their undersigned counsel of record, and pursuant to the Text Order issued by the Honorable Judge Catherine E. Eagles on March 9, 2023, hereby notifying the Court that an amended Settlement Agreement has been reached between the Parties that removes the provision prohibiting the Plaintiff from applying for a position of employment with Defendant Biscuitville, Inc. All other terms in the Settlement Agreement have remained the same. An executed copy of this amended Settlement Agreement is attached to this Notice as Exhibit A.

WHEREFORE, the Parties request that the Court enter the proposed Order approving the amended Settlement Agreement attached as Exhibit 1 to the Parties' Joint Motion for Approval of Fair Labor Standards Act Settlement. (D.E. 35-1).

Respectfully submitted, this the 16th day of March, 2023.

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| **MAGINNIS HOWARD** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C**. |
| /s/ Karl S. Gwaltney<br>KARL S. GWALTNEY<br>N.C. State Bar No. 45118<br>EDWARD H. MAGINNIS<br>N.C. State Bar No. 39317<br>7706 Six Forks Road, Suite 101<br>Raleigh, North Carolina 27615<br>Telephone:    919-526-0450<br>Fax:              919-882-8763<br>kgwaltney@maginnishoward.com<br>emaginnis@maginnishoward.com | /s/ Benjamin R. Holland<br>Benjamin R. Holland (28580)<br>Margaret Santen (52927)<br>Carl M. Short III (46396)<br>Virginia M. Wooten (48180)<br>201 South College Street, Suite 2300<br>Charlotte, NC 28244<br>Telephone:  704.342.2588<br>Email:<br>benjamin.holland@ogletree.com<br>maggie.santen@ogletree.com<br>carl.short@ogletree.com<br>virginia.wooten@ogletree.com |

## CERTIFICATE OF SERVICE

      The undersigned counsel for Plaintiff hereby certifies that he has this day caused a copy of the foregoing to be served to all parties of record via the ECF filing system.

This the 16th day of March, 2023.

*Counsel for Plaintiff*

**MAGINNIS HOWARD**

*/s/ Karl S. Gwaltney*
KARL S. GWALTNEY