IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| IHAB DERYAS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22-CV-600 |
| | ) | |
| BISCUITVILLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons set forth in the Order filed on March 20, 2023, Doc. 38,

It is hereby **ORDERED AND ADJUDGED** that the joint motion for judicial approvement of the settlement agreement, Doc. 35, as supplemented, Doc. 37, is **GRANTED** and this case is **DISMISSED** with prejudice.

This the 21st day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE